# Court of Appeals
# of the State of Georgia

ATLANTA, March 08, 2023

*The Court of Appeals hereby passes the following order:*

## A23D0256. MARIO JONES et al. v. JOHNNY WOODS et al.

In this dispossessory proceeding, the magistrate court granted Johnny Woods a writ of possession, and Mario Jones filed a petition for writ of certiorari in the superior court. The superior court ultimately dismissed Jones's petition for writ of certiorari and ordered Jones to pay $16,075 into the court's registry and to make continued monthly rent payments during any appeal. After Jones failed to do so, on November 3, 2022, the superior court issued its own writ of possession. This Court denied Jones's subsequent discretionary application and his accompanying motion for reconsideration. See Case No. A23D0129 (Nov. 30, 2022 and Feb. 2, 2023). In the meantime, the superior court issued another writ of possession on January 30, 2023, because Jones had still failed to pay rent into the registry of the court. Jones seeks discretionary review of the superior court's January 30 order. We lack jurisdiction.

An application for discretionary review generally may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). Under OCGA § 44-7-56, however, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App.

521, 522-523 (521 SE2d 456) (1999). Jones filed this application on March 1, 2023, 30 days after the superior court's January 30 order. Accordingly, this application is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,    03/08/2023            *

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*